■ MARK MISTETSKY et al., Appellants, v SAMUEL RACER, Respondent.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on July 24, 1987, unanimously affirmed for the reasons stated by Martin Stecher, J., without

costs and without disbursements. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Wallach, JJ.